UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                        ::
SAWSAAN TABBAA, HASSAN SHIBLY, ASMAA     :          05 CV 1918 (ARR)
ELSHINAWY, KAREMA ATASSI, and GALEB      :
RIZEK,                                   :          NOT FOR ELECTRONIC
                                         :          OR PRINT
                        Plaintiffs,      :          PUBLICATION
                                         :
        -against-                        :          OPINION AND ORDER
                                         :
MICHAEL CHERTOFF, Secretary of the Department of :
Homeland Security, ROBERT C. BONNER,     X
Commissioner of United States Customs and Border
Protection, MICHAEL D'AMBROSIO, United States
Customs and Border Protection, JOSEPH J. WILSON,
Buffalo Port Director for United States Customs and
Border Protection,

                        Defendants.

----------------------------------------------------------------------

ROSS, United States District Judge:

By letter dated July 20, 2005, defendants indicated their intent to request a pre-motion conference to discuss their proposed motions to dismiss and to change venue. The court hereby dispenses with the pre-motion letter and pre-motion conference requirement and establishes an expedited briefing schedule. The court directs that defendants' motion shall be briefed according to the following schedule: the motion and supporting papers, if any, shall be served and filed, with courtesy copies for chambers, no later than August 1, 2005; plaintiffs' response and supporting papers, if any, shall be served and filed, with courtesy copies for chambers, no later than August 8, 2005; and defendants' reply, if any, shall be served and filed, with courtesy copies for chambers, no later than August 10, 2005. The court expects the

1

parties to adhere strictly to this expedited briefing schedule.  Magistrate Judge Matsumoto will

address the discovery issues raised in the parties' letters at a conference before her.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: July 21, 2005
   Brooklyn, New York

SERVICE LIST (by Fax and Mail):

<span style="text-decoration: underline">Attorney for Plaintiffs</span>
Christopher T Dunn
NY Civil Liberties Union
125 Broad Street
17th Floor
New York, NY 10004

<span style="text-decoration: underline">Attorney for Defendants</span>
Steven J. Kim
United States Attorneys Office
One Pierrepont Plaza
Brooklyn, NY 11201